# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

TRUSTEE WRIT							Case No. MBD-91-06

|  |  |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | Plaintiff(s) |
| v. |  |
| JOHN R. DUNN, et al., | Defendant(s) |
| and |  |
| FLEET BOSTON FINANCIAL CORP. | Trustee |

## SUMMONS TO TRUSTEE

**To the above-named Trustee:** FLEET BOSTON FINANCIAL CORPORATION
100 FEDERAL STREET, BOSTON, MA 02110

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant **JOHN R. DUNN, SOCIAL SECURITY NO. 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, of 48 PLEASANT STREET, AMHERST, MA 01002**, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment as the plaintiff, **NATIONAL UNION FIRE INSURANCE COMPANY, of PITTSBURGH, PA, whose attorney is MATTHEW J. GRIFFIN, of PEABODY & ARNOLD, LLP, 30 ROWES WHARF, BOSTON, MA 02110** has recovered in an action brought against the said defendant in this Court to the value of $ __16,585.11__ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

This miscellaneous business docket case was filed on February 4, 1991. This attachment was approved on __March 24, 2004__ by Posner, J. in the amount of $ __16,585.11__.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General laws, c.246. Section 28A. $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at anyone time.

TONY ANASTAS, CLERK

Dated this __24th__ day of
__March__, 2004.

By: __Mary Finn__
Deputy Clerk

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

April 6, 2004

*Suffolk, ss.*

I hereby certify and return that on 3/16/2004 at 11:35:00 AM I served a copy of the within Trustee Summons, Affidavid, and Motion to the within named Trustee, Fleet Boston Financial Corporation, Trustee by giving in hand to E.Gordon,Vault Attendant & agent in charge of its business. A copy of the Trustee Summons, Affidavit, and Motion with the deputy's endorsement thereon, was served upon the defendant in the manner provided by Rule 5 of the Rules of Court on 4/6/2004. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $49.00

Deputy Sheriff John Cotter

John Cotter

Deputy Sheriff