REJECTED 4/16 20 04
(See attached paper) By: _____

*Commonwealth of Massachusetts*

Suffolk, ss.

Case No. MBD-91-06

*National Union Fire Insurance Company Of Pittsburgh, P.A.*

Plaintiff(s)

Answer of the Garnishee
Fleet National Bank

vs.

John R. Dunn

Defendant(s)

and

Fleet National Bank

Trustee

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of John R. Dunn.*

Signed under the pains and penalties of perjury.

Fleet National Bank
By: _____ Date: 4/5/04

Sandra Allen
Court Order Processing
5701 Horatio Street
Utica, NY 13502